**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

| | |
|---|---|
| **RCO Legal, P.S.**<br>13555 SE 36th St., Ste. 300<br>Bellevue, WA 98006<br>Phone: 425.458.2121<br>Fax: 425.458.2131<br>www.rcolegal.com | Honorable Judge Christopher M Alston<br>Chapter 13<br>Hearing Location: Seattle<br>Hearing Date: January 14, 2016<br>Hearing Time: 9:30 a.m.<br>Response Date: January 7, 2016 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>PHILLIP A LOCKE, SR.<br><br><br>Debtor. | **CHAPTER 13 BANKRUPTCY**<br><br>**NO.: 14-17083-CMA**<br><br>**STIPULATED ORDER CONDITIONING STAY AND CO-DEBTOR STAY AS TO BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY** |

THIS MATTER came before the Court on January 14, 2016 for hearing on Bayview Loan Servicing, LLC, a Delaware Limited Liability Company's ("Creditor") motion for relief from stay and co-debtor stay. The Court having reviewed the files and records and finding that the parties, the Creditor, through its attorney John McIntosh and the debtors, Phillip A Locke, Sr., ("Debtor") through their attorney M Wayne Boyack stipulate and agree to entry of this order, NOW THEREFORE, IT IS HEREBY:

Stipulated Order Conditioning Stay and Co-Debtor Stay
Page - 1

**RCO LEGAL, P.S.**

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

Case 14-17083-CMA    Doc 36    Filed 01/19/16    Ent. 01/19/16 09:08:09    Pg. 1 of 3

ORDERED that the stay existing pursuant to 11 U.S.C. § 362(a) as to the property located at 1815 East Helena St, Pasco, WA 99301 and legally described in the Deed of Trust attached as an exhibit to the original motion for relief shall remain in effect as to Creditor subject to the following conditions:

1. The Debtor shall resume monthly mortgage payments due Creditor immediately beginning with the January 5, 2016 payment in the amount of $539.08 and continuing each month thereafter as due.

2. The Debtor stipulates to a post-petition arrearage of $4,722.83. This amount is comprised of monthly payments of $539.08 for the months of June 5, 2015 through December 5, 2015, and bankruptcy attorney fees and costs in the amount of $1,026.00, less suspense of $76.73. Payments shall be made to Creditor at M & T Bank, PO Box 1288, Attn Payment Processing, Buffalo, NY, 14240-1288.

3. To cure the accumulated arrears, Debtor shall make a lump sum payment in the amount of $4,722.38 within 10 days of the entry of this order.

IT IS FURTHER ORDERED that should the Debtor fail to resume and keep current the monthly payments or fail to cure the arrears as provided, Creditor shall provide written notice of the default to the Debtor and the Debtor's attorney. The Debtor will then have 15 days from the date the written notice was mailed or delivered to the Debtor and the Debtor's attorney to bring the required payments current, including payments falling due after the date of the notice.

IT IS FURTHER ORDERED that if Debtor fails to cure the default as outlined in the notice, then Creditor shall be entitled to submit an order terminating the automatic stay and any co-debtor stay supported by a certificate of non-compliance and copy of the mailed written notice of default.

IT IS FURTHER ORDERED that upon the third default of this Stipulated Order, Creditor shall be entitled to submit an *ex parte* order terminating the automatic stay and any co-debtor stay without further notice to the debtor or the debtor's attorney.

//
//
//

Stipulated Order Conditioning Stay and Co-Debtor Stay
Page - 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

Case 14-17083-CMA    Doc 36    Filed 01/19/16    Ent. 01/19/16 09:08:09    Pg. 2 of 3

IT IS FURTHER ORDERED that the terms of this order shall be effective and bind the Debtor regardless of the terms of any subsequently filed Chapter 13 plan of reorganization in this case.

/ / / End of Order / / /

Presented by:

/s/ James K. Miersma for:
John McIntosh, WSBA# 43113
Attorney for Creditor

Approved as to form and content;
Notice of presentation waived:

/s/ M. Wayne Boyack, per email authorization received on January 13, 2016
M Wayne Boyack, WSBA #
Attorney for Debtors

Stipulated Order Conditioning Stay and Co-Debtor Stay
Page - 3

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131